# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: FRANK JOHNSON

vs.  Civil Action No. 1:13-cv-00654 JEB

Defendant: ISAAC JOHNSTON, Et Al,

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 19 day of September 2013, that I FRANK JOHNSON hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this court entered on the 5 day of September 2013, in favor of Defendant: U.S. Parole Commission, ISAAC Johnston Et Al, against said Plaintiff FRANK JOHNSON

Frank Johnson
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
August 2009 (REVISED)

RECEIVED
Mail Room

SEP 23 2013

Angela D. Caesar, Clerk of Court
District Court, District of Columbia